UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA            )
                                    )
v.                                  )         No. 3:09-00244
                                    )         JUDGE CAMPBELL
GARY EUGENE CHAPMAN                  )



ORDER

        Pending before the Court is a Motion To Withdraw (Docket No. 917), filed by counsel

for Defendant Chapman.  Through the Motion, and accompanying letter, the Defendant requests

that the Court appoint new counsel to represent the Defendant on appeal.  The Defendant filed a

Notice of Appeal (Docket No. 916) to the Sixth Circuit Court of Appeals on July 6, 2012.

        Sixth Circuit Rule 101(a) provides as follows:

        (a) Continued Representation on Appeal.  Trial counsel in criminal cases, whether
        retained or appointed by the district court, is responsible for the continued
        representation of the client on appeal until specifically relieved by this court.

        In light of Sixth Circuit Rule 101, the Defendant's Motion is DENIED without prejudice

to it being filed with the Sixth Circuit Court of Appeals.

        It is so ORDERED.


                                        _Todd Campbell_____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE